**CITY STATE BANK & TRUST COMPANY OF McALLEN, TEXAS, Appellant, v. Annie SHELDON, Appellee.**

No. 10545.

Court of Civil Appeals of Texas. San Antonio.

May 24, 1939.

Rehearing Denied June 21, 1939.

McDaniel & Catlett, of McAllen, for appellant.

Hill, Greer & Franki, of Mission, for appellee.

SMITH, Chief Justice.

This is a companion case to E. C. Dark v. Annie Sheldon, this day decided by this Court, 129 S.W.2d 830, and for the reasons given in the opinion by Justice Slatton in that case, the judgment herein will be affirmed.